# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
No. 16-1377V
Filed: July 18, 2017
UNPUBLISHED

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| ELIZABETH GLICK, | \* |
| | \* |
| Petitioner, | \* |
| | \* Damages Decision Based on Proffer; |
| v. | \* Influenza Vaccine ("Flu Vaccine"); |
| | \* Shoulder Injury Related to Vaccine |
| SECRETARY OF HEALTH | \* Administration ("SIRVA"); |
| AND HUMAN SERVICES, | \* Special Processing Unit ("SPU") |
| | \* |
| Respondent. | \* |
| | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

*John Howie, Jr.*, Howie Law, PC, Dallas, TX, for petitioner.
*Camille Collett*, U.S. Department of Justice, Washington, DC, for respondent.

### **DECISION AWARDING DAMAGES**[1]

**Dorsey**, Chief Special Master:

On October 21, 2016, Elizabeth Glick ("petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act" or "Program"). Petitioner alleged that she suffered a shoulder injury related to vaccine administration ("SIRVA") caused-in-fact by the influenza vaccination she received on October 22, 2013. Petition at 1, ¶¶ 1, 3, 18, 12. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On May 31, 2017, the undersigned issued a ruling on entitlement, finding petitioner entitled to compensation. (ECF No. 20). On July 18, 2017, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

$135,570.82.  Proffer at 1-2.  In the Proffer, respondent represented that petitioner agrees with the proffered award.  *Id.* at 2.  Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $<u>135,570.82</u> in the form of a check payable to petitioner, Elizabeth Glick.**  This amount represents compensation for all damages that would be available under § 300aa-15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>s/Nora Beth Dorsey</u>
Nora Beth Dorsey
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS

| | | |
|---|---|---|
| ELIZABETH GLICK, | ) | |
| | ) | |
| Petitioner, | ) | No. 16-1377V |
| | ) | Chief Special Master |
| v. | ) | Nora Beth Dorsey |
| | ) | ECF |
| | ) | |
| SECRETARY OF HEALTH | ) | |
| AND HUMAN SERVICES, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On May 30, 2017, respondent filed her Rule 4(c) Report, in which she conceded entitlement. On May 31, 2017, the Court issued a Ruling on Entitlement, finding that petitioner is entitled to compensation. Respondent now proffers that petitioner receive an award of a lump sum of **$135,570.82** in the form of a check payable to petitioner. This amount represents compensation for all elements of compensation under 42 U.S.C. § 300aa-15(a) to which petitioner is entitled.[1] This proffer does not address final attorneys' fees and litigation costs. Petitioner is additionally entitled to reasonable attorneys' fees and litigation costs, to be determined at a later date upon petitioner submitting substantiating documentation.

Petitioner agrees with the proffered award of $135,570.82.

---

[1] Should petitioner die prior to the entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering.

       Respectfully submitted,

       CHAD A. READLER
       Acting Assistant Attorney General

       C. SALVATORE D'ALESSIO
       Acting Director
       Torts Branch, Civil Division

       CATHARINE E. REEVES
       Deputy Director
       Torts Branch, Civil Division

       HEATHER L. PEARLMAN
       Assistant Director
       Torts Branch, Civil Division

       <u>s/Camille M. Collett</u>
       CAMILLE M. COLLETT
       Trial Counsel
       Torts Branch, Civil Division
       U.S. Department of Justice
       P.O. Box 146
       Benjamin Franklin Station
       Washington, D.C.  20044-0146
       Telephone: (202) 616-4098

Dated:  July 18, 2017